IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VICTOR CASTRO, | § | |
| *Plaintiff,* | § | |
| vs. | § | SA-23-CV-00294-OLG |
| LOUIS DEJOY, POSTMASTER GENERAL, | § | |
| *Defendant.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On April 24, 2023, the undersigned issued a report and recommendation, recommending the case be dismissed for want of prosecution. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 25th day of April, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1