**FILED**
September 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VICTOR CASTRO, | § |
| Plaintiff, | § § § |
| v. | § CIVIL NO. SA-23-CV-00294-OLG |
| LOUIS DEJOY, POSTMASTER GENERAL, | § § § § |
| Defendant. | § |

## ORDER

Before the Court is the report and recommendation (R&R) of United States Magistrate Judge Elizabeth S. Chestney. (*See* R&R, Dkt. No. 12, Aug. 23, 2023.) Plaintiff Victor Castro was served with a copy of the R&R by certified mail on August 29, 2023 (*see* Dkt. No. 15) and the time to object has passed. Because Castro did not file objections to the R&R, the Court has reviewed Magistrate Judge Chestney's recommendation to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court finds that the R&R is in all things correct and should be accepted.

Accordingly, it is **ORDERED** that Magistrate Judge Chestney's recommendation (Dkt. No. 12) is **ACCEPTED**. It is further **ORDERED** that, for the reasons stated in the R&R, Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim.

This case is **CLOSED.**

It is so **ORDERED**.

SIGNED this \_\_27\_\_ day of September, 2023.

_____
ORLANDO L. GARCIA
United States District Judge